# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DOMINIC M. CONGIARDO,                    )    Case No. EDCV 09-1680-JVS (JEM)
                                         )
                    Petitioner,          )
                                         )
           v.                            )    ORDER ACCEPTING FINDINGS AND
                                         )    RECOMMENDATIONS OF UNITED
                                         )    STATES MAGISTRATE JUDGE
LARRY SMALLS, Warden,                    )
                                         )
                    Respondent.          )
_____  )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file,

and the Report and Recommendation of the United States Magistrate Judge.  Petitioner has

filed Objections, and the Court has engaged in a de novo review of those portions of the

Report and Recommendation to which Petitioner has objected.  The Court accepts the

findings and recommendations of the Magistrate Judge.

        **IT IS HEREBY ORDERED** that Judgment be entered denying the Petition for Writ of

Habeas Corpus and dismissing this action with prejudice.

DATED: March 29, 2012

                                         _____
                                                  JAMES V. SELNA
                                         UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOMINIC M. CONGIARDO, | ) | Case No. EDCV 09-1680-JVS (JEM) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| LARRY SMALLS, Warden, | ) | |
| Respondent. | ) | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:  March 29, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE