# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC M. CONGIARDO,<br><br>              Petitioner,<br><br>     v.<br><br>LARRY SMALLS, Warden,<br><br>              Respondent. | Case No. EDCV 09-1680-JVS (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 29, 2012

                                          JAMES V. SELNA
                            UNITED STATES DISTRICT JUDGE